UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Mohammad Ashtari et. al.      ,

Plaintiff(s),

v.

Antony J. Blinken et. al.      ,

Defendant(s).

Case No. 3:23-cv-02251

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Charles H. Kuck, an active member in good standing of the bar of Georgia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Mohammad Ashtari et. al. in the above-entitled action. My local co-counsel in this case is Jesse Lloyd, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 209556.

| 365 Northridge Road, Atlanta, GA 30350 | 110 Eleventh Street, Oakland, CA 94607 |
| --- | --- |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (404) 949-8154 | (510) 433-1900 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| ckuck@immigration.net | jlloyd@beanlloyd.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 429940.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

Case 3:23-cv-02251-LJC   Document 7   Filed 05/10/23   Page 2 of 3

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/08/2023                                              Charles H. Kuck
                                                                              APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Charles H. Kuck is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/10/2023

_____
UNITED STATES MAGISTRATE JUDGE



*Lawyers Serving the Public and the Justice System*

Mr. Charles Herman Kuck
Kuck Immigration Partners LLC
365 Northridge Road Suite 300
Atlanta, GA  30350
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 11/22/1994 |
| **BAR NUMBER:** | 429940 |
| **TODAY'S DATE:** | 05/09/2023 |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435