UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMAD ASHTARI, *et al.*,<br><br>    Plaintiffs,<br>v.<br>ANTONY J. BLINKEN, *in his official capacity as U.S. Secretary of State, et al.*,<br><br>    Defendants. | No. 3:23-cv-02251-LJC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO FILE A RESPONSIVE PLEADING** |

Upon consideration of the parties' Joint Stipulation to Extend Defendants' Deadline to File a Responsive Pleading, and for good cause shown, it is hereby ORDERED that the stipulation is GRANTED and Defendants' responsive pleading is due August 16, 2023.

Dated: June 22, 2023

_____
Hon. Lisa J. Cisneros
Magistrate Judge